1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

8

David-Wynn: Miller: Federal Judge
(Claimant)

9

Segundina-F: San-Juan
(Claimant),

10

11

Plaintiffs,

vs.

12

13

WACHOVIA MORTGAGE, FSB [4101-
WISEMAN BLVD, SAN ANTONIO,
TEXAS 78261]

14

15

16

17

GOLDEN WEST SAVINGS
ASSOCATION SERVICE
CORPORATION (TRUSTEE BY THE
WACHOVIA), 2730 GATEWAY OAKS
DRIVE, STE. 100, SACRAMENTO, CA
95833,

18

Defendants.

Case No:   C 12-4211 SBA

**DISMISSAL ORDER**

19

20

Pursuant to the notice of voluntary dismissal (Dkt. 10), IT IS HEREBY ORDERED

21

THAT this action is dismissed without prejudice.  The Clerk shall close the file and

22

terminate all pending matters.

23

IT IS SO ORDERED.

24

Dated:  11/8/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

25

26

27

28

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4

5  DAVID WYNN et al,

6          Plaintiff,

7    v.

8  WACHOVIA MORTGAGE FSB et al,

9          Defendant.

10  _____/

11                              Case Number: CV12-04211 SBA

12                              **CERTIFICATE OF SERVICE**

13

14  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
15

16  That on November 8, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
17  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
18

19

20
    David-Wynn Miller
21  5166 North 63rd Street
    Milwaukee, WI 53218
22

23

24  Dated: November 8, 2012
                              Richard W. Wieking, Clerk
25                                By: Lisa Clark, Deputy Clerk

26

27

28

- 2 -