1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| David-Wynn: Miller: Federal Judge (Claimant) <br><br> Segundina-F: San-Juan (Claimant), <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA MORTGAGE, FSB [4101-WISEMAN BLVD, SAN ANTONIO, TEXAS 78261] <br><br> GOLDEN WEST SAVINGS ASSOCATION SERVICE CORPORATION (TRUSTEE BY THE WACHOVIA), 2730 GATEWAY OAKS DRIVE, STE. 100, SACRAMENTO, CA 95833, <br><br> Defendants. | Case No:   C 12-4211 SBA <br><br> **DISMISSAL ORDER** |

Pursuant to the notice of voluntary dismissal (Dkt. 10), IT IS HEREBY ORDERED THAT this action is dismissed without prejudice.  The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated:  11/8/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID WYNN et al,

       Plaintiff,

 v.

WACHOVIA MORTGAGE FSB et al,

       Defendant.
_____/

Case Number: CV12-04211 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David-Wynn Miller
5166 North 63rd Street
Milwaukee, WI 53218

Dated: November 8, 2012
                               Richard W. Wieking, Clerk
                                 By: Lisa Clark, Deputy Clerk